Michael E. Piston
Attorney for Plaintiff
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
(248) 524-1936

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZHONG TIAN WANG a/k/a ZONG TIAN WANG,**<br>19351 Hazelwood Street,<br>Roseville MI 48066<br><br>Plaintiff,<br><br>vs.<br><br>**JANET NAPOLITANO**, Secretary<br>Department of Homeland Security<br>Washington, DC  20528<br><br>**ALEJANDRO N. MAYORKAS**,<br>Director of the United States Citizenship<br>and Immigration Services,<br>20 Massachusetts Avenue, NW<br>Washington, DC 20529<br><br>**MICHAEL KLINGER**, Director of the<br>United States Citizenship and<br>Immigration Services' Detroit Field<br>Office,<br>11411 East Jefferson<br>Detroit, MI 48214<br><br>      Defendants. | Case No.:<br><br>COMPLAINT |

COMPLAINT - 1

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

# COMPLAINT

## DESCRIPTION OF ACTION

1. This complaint is brought by plaintiff ZHONG TIAN WANG, alien registration number A 072-484-686, against the Defendants, to compel a decision on his motion to reconsider the denial of his application for adjustment of status, which has been pending with the United States Citizenship and Immigration Services since approximately November 8, 2011.

## JURISDICTION

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

## DESCRIPTION OF PARTIES

3. The plaintiff, ZHONG TIAN WANG, is a citizen of China, residing at 19351 Hazelwood Street, Roseville, MI 48066.

4. The defendant, JANET NAPOLITANO, is the Secretary of the Department of Homeland Security, and as such has the authority to adjudicate motions to reconsider the denial of applications for adjustment of status to permanent resident. She resides for official purposes in the District of Columbia.

5. The defendant, ALEJANDRO N. MAYORKAS, is the Director of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security which adjudicates applications for adjustment of status to permanent resident and motions to reconsider the same. He resides for official purposes in the District of Columbia.

6. The defendant, MICHAEL KLINGER, is the Director of the United States Citizenship and Immigration Services' Detroit Field Office, where plaintiff's motion to reconsider is currently pending. He resides for official purposes in the State of Michigan.

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

# BRIEF STATEMENT OF RELEVANT FACTS

7. Zhong Tian Wang arrived in the United States on June 25, 1993 and was then placed in exclusion proceedings charging him with excludability under sections 212 (a)(6)(C)(i) & 7(A)(i)(I) of the Immigration and Nationality Act (the "Act"). Following a contested hearing, Immigration Judge Annette Goldstein found Mr. Wang excludable from the United States under section 212(a)(7)(A)(i)(I) of the Act.

8. The Immigration Judge however rejected the charge of section 212(a)(6)(C)(i) excludability, ruling that:

> The charge under Section 212(a)(6)(C) has not been sustained by the Government since it appears that although the Applicant may have presented a false passport while in Russia, that passport was not in his possession when he arrived in the United States. Therefore no representation appears to have been made to the Immigration and Naturalization Service whatever misrepresentations may have been made to other governments, with the intention of coming here. Therefore, the charge under Section 212(a)(6)(C) is not sustained.

9. Mr. Wang appealed this decision to the Board of Immigration Appeals, which affirmed the immigration judge's decision finding him excludable under section 212(a)(7)(A)(i)(I). The Board noted that the immigration judge dismissed the charge of excludability under section 212(a)(6)(C)(i).

COMPLAINT - 4

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

10. On May 27, 2011, Mr. Wang filed an application for adjustment of status with the USCIS, seeking permanent residency based upon a petition for alien relative filed upon his behalf by his U.S. citizen daughter. On October 21, 2011, USCIS Detroit Field Office Director Michael Klinger denied Mr. Wang's application on the grounds that he supposedly attempted to enter the United States with a fraudulent Philippine passport and a fraudulent United States visitor and therefore was inadmissible to the United States under section 212(a)(6)(C)(i).

11. On approximately November 8, 2011, Mr. Wang filed a motion with the USCIS for it to reconsider its decision denying his application for adjustment of status on the grounds that the denial was barred by *res judicata*, in that the issue of his inadmissibility to the United States based upon his use of a false passport had already been fully adjudicated in his exclusion proceedings, and the charge had been rejected.

12. On November 28, 2011, the USCIS interviewed Mr. Wang, questioning him extensively regarding his efforts to seek admission to the United States.

13. On June 12, 2012, Mr. Wang's attorney inquired with the USCIS regarding the status of his motion. The USCIS's response acknowledged that the motion was outside of normal processing times, and stated that:

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

Based on your request, we researched the status of your application for I-290B (Notice of Appeal or Motion). Our records indicate that we have ordered your A file from storage. When that file is received in our office, your application will be put in line to be scheduled for an interview with an Immigration Services Officer to be held at the Federal Building of the Detroit Field Office located at 11411 East Jefferson, Detroit, Michigan 48214.

14. By letter dated January 16, 2013, Mr. Wang's counsel informed the USCIS that he intended to take legal action if no decision was made on his motion by February 20, 2013.

15. No decision having been taken by that date or since, plaintiff has commenced this action.

## COUNT I

16. Defendant JANET NAPOLITANO, Secretary of Homeland Security, Defendant ALEJANDRO N. MAYORKAS, Director of the United States Citizenship and Immigration Services, and Defendant MICHAEL KLINGER, the Director of the United States Citizenship and Immigration Services' Detroit Field Office, are each and all officers or employees of the United States and the indicated agency.

COMPLAINT - 6

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

17. Defendant JANET NAPOLITANO, Secretary of Homeland Security, Defendant ALEJANDRO N. MAYORKAS, Director of the United States Citizenship and Immigration Services, and Defendant MICHAEL KLINGER, the Director of the United States Citizenship and Immigration Services' Detroit Field Office, each and all owe a duty to the Plaintiff to adjudicate his motion to reconsider within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

18.  The time in which this motion has been pending with Defendant JANET NAPOLITANO, Secretary of Homeland Security, Defendant ALEJANDRO  N. MAYORKAS,  Director of the United States Citizenship and Immigration Services, and Defendant MICHAEL KLINGER, the Director of the United States Citizenship and Immigration Services' Detroit Field Office, is well beyond that which these officers or employees reasonably require to adjudicate it.

19. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiff.

20. This Court also has authority under 5 U.S.C. § 706(1) to compel agency

COMPLAINT - 7

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court compel Defendant JANET NAPOLITANO, Secretary of Homeland Security, Defendant ALEJANDRO N. MAYORKAS, Director of the United States Citizenship and Immigration Services, and Defendant MICHAEL KLINGER, the Director of the United States Citizenship and Immigration Services' Detroit Field Office; to adjudicate the Plaintiff's form motion to reconsider in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

Respectfully submitted,

Dated this 3rd day of March, 2013

s/Michael E. Piston
Michael E. Piston MI0002
Piston & Carpenter P.C.
4000 Livernois Road, Ste. 110
Troy, MI 48098
(248)524-1936 telephone
(248)680-0627 facsimile
michael@piston.net

COMPLAINT - 8

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net